Elmer BRITTON, et al.,
Plaintiffs-Appellants,

v.

SOUTH BEND COMMUNITY SCHOOL
CORPORATION, et al.,
Defendants-Appellees.

No. 84–2841.

United States Court of Appeals,
Seventh Circuit.

Feb. 12, 1986.

Before CUMMINGS, Chief Judge, and BAUER, WOOD, CUDAHY, POSNER, COFFEY, FLAUM and EASTERBROOK, Circuit Judges.

**ORDER**

On consideration of the petition for rehearing and suggestion for rehearing *en banc* filed by counsel for the plaintiffs-appellants in the above-entitled cause, and the response therein filed by counsel for the defendants-appellees, a vote of the active members of the court having been requested, and a majority * of the judges in regular active service having voted to rehear this case *en banc,*

IT IS HEREBY ORDERED that the aforesaid petition for rehearing and suggestion for rehearing *en banc* be, and the same is, GRANTED.

IT IS FURTHER ORDERED that the panel opinion and judgment entered October 21, 1985 are hereby VACATED, and that this case will be reheard *en banc* at the convenience of the Court.

* The Honorable Kenneth F. Ripple, an active member of the Court did not participate in

consideration of the petition for rehearing *en banc.*

The Honorable Thomas E. Fairchild was a member of the original panel, but he did not participate in the vote on suggestion for rehearing *en banc.*